STATE OF MICHIGAN

THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

CIVIL DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

-v-                                         Case No. 08-6961
                                            2007718778

JAMES ANDREW POWELL
            Defendant.
_____/

**PLEA**

**BEFORE THE HONORABLE TIMOTHY M. KENNY, CIRCUIT JUDGE**

Detroit, Michigan - Wednesday, July 30, 2008

APPEARANCES:

For the People:        ELIZABETH J. WALKER, (P32517)
                           Assistant Prosecuting Attorney
                           Wayne County Prosecutor's office
                           1441 St. Antoine
                           Detroit, Michigan 48226
                           (313) 224-5804

For the Defendant:     DOUGLAS D. HAMPTON (P46378)
                           Douglas D. Hampton & Associates PC
                           2141 Civic Center Dr., Ste. 300
                           Southfield, Michigan 48076
                           (248) 357-4000

REPORTED BY:            Athalia A. Cargile, CSMR 6836
                           Certified Court Reporter
                           (313) 657-3939

PROSECUTOR'S OFFICE RECEIVED OCT 27 2008 FILE ROOM



TABLE OF CONTENTS

<u>WITNESSES</u>:                                                                    <u>PAGE</u>

None.

<u>EXHIBITS</u>:                              <u>IDENTIFIED</u>        <u>RECEIVED</u>

None.

```
 1                                          Detroit, Michigan
 2                                     Wednesday, July 30, 2008
 3                                    Approximately - 11:55 P.M.
 4              *              *              *
```

5  THE CLERK: This is case 08-6961, People of
6  the State of Michigan versus James Powell. Mr. Powell
7  is here today for a pretrial.

8  MR. HAMPTON: Good morning, Your Honor, may it
9  please this Honorable Court Douglas Hampton on behalf of
10 Mr. Powell.

11 MS. WALKER: Elizabeth Walker for the
12 prosecution.

13 THE COURT: Your Honor, today is the date and
14 time for the pretrial, the offer is made by the People.
15 I've discussed this offer at length with my client he
16 has indicated that he would like to accept the offer of
17 the People.

18 Is that correct, sir?

19 MR. POWELL: Yes.

20 THE COURT: What's the offer, Ms. Walker?

21 MS. WALKER: The offer is if the Defendant
22 pleads guilty to Second Degree Murder, two counts of
23 Felonious Assault, Felon In Possession Of A Firearm, and
24 Felony Firearm as well as the Habitual Offender, Second
25 Offense. We will dismiss the First Degree Premeditated

1  Murder and we will dismiss the First Degree Felony Murder
2  which is Count One and Count Two in this case.
3  　　　　In addition, the Defendant agrees to serve a
4  sentence of 25 to 40 years on the murder two, plus two
5  years for Felony Firearm and whatever the Court chooses
6  to impose on the two Felonious Assault Counts and the
7  Felon In Possession Count.
8  　　　　THE COURT: All right, raise your right-hand,
9  please, sir.
10 　　　　THE CLERK: Do you solemnly swear or affirm the
11 testimony given in the matter pending before the court
12 today will be the truth?
13 　　　　MR. POWELL: Yes.
14 　　　　THE CLERK: Put your hand down, sir.
15 　　　　(At 11:56 a.m., sworn by the clerk testified;
16 　　　　　as follows)
17 　　　　THE COURT: Tell me your full name and your
18 age, please
19 　　　　MR. POWELL: James Powell, 28 years old.
20 　　　　THE COURT: All right. Mr. Powell you're
21 charged with in Count One, Murder In The First Degree,
22 Premeditated Murder. In Count Two, you're charged with
23 Felony Murder, both of those carry with it a mandatory
24 life without parole.
25 　　　　In Count Three and in Count Four, you're

1  charged with Felonious Assault, both of those carry
2  up to four years in prison minimum possibility of
3  probation.
4      Count Five, you're charged Felon In Possession
5  Of A Firearm that carries up to five years in prison
6  minimum possibility of probation.
7      Count Six, you're charged with Felony Firearm
8  which carries a flat two year prison sentence to be
9  served before any other sentence is imposed.
10     There is a Second Offender Habitual filed in
11 this matter, which means that the maximum penalty on the
12 Felon In Possession charge could go from five years up
13 to seven and a half years. And on the Felonious Assault
14 charge it could go from four years up to six years.
15     It's my understanding that the prosecutor's
16 office will dismiss the two counts of Murder In The First
17 Degree, that being Premeditated Murder and Felony Murder
18 in exchange for your pleading guilty to Murder In The
19 Second Degree, two counts of Felonious Assault, Felon
20 In Possession Of A Firearm and Felony Firearm with the
21 understanding and sentence agreement that you'd receive
22 two years on the Felony Firearm charge to be followed by
23 a sentence of 25 to 40 years on a charge of Murder In The
24 Second Degree. Is that your understanding, sir, of the
25 complete agreement?

1  MR. POWELL: Yes.
2  THE COURT: Has anybody promised you any other
3  plea, any other sentence, any other arrangement, or deal
4  other than what I've just stated here on the record?
5  MR. POWELL: No, sir.
6  THE COURT: Both sides agree I've stated the
7  complete agreement on the record?
8  MS. WALKER: That is correct, Your Honor.
9  MR. HAMPTON: Satisfied, Your Honor.
10  THE COURT: Mr. Powell, are you currently on
11  probation or parole at this time?
12  MR. POWELL: Yes, sir.
13  THE COURT: Which one, sir?
14  MR. POWELL: Probation.
15  THE COURT: Okay. You understand your plea
16  here today amounts to a violation of that probation? I
17  don't know what'll happen, but it's a violation.
18  By pleading here today you're giving up the
19  right to have a jury trial, or a trial by the Court
20  without a jury. You're also giving up the right to be
21  presumed innocent unless and until the prosecutor proved
22  you guilty beyond a reasonable doubt.
23  You're giving up the right to have any of the
24  witnesses against appear in open court and testify
25  against you, and you through your attorney, Mr. Hampton,

would have the right to question or cross-examine any of those witness against you. And likewise, if there were witnesses that you wanted to come in and have testify for you if they wouldn't come in on their own I would order them to come in by subpoena to testify on your behalf.

By pleading here today you're giving up the right to testify at your own trial. In other words, to tell your side of the story if you want to, but nobody can force you to do that. If you want to remain silent that's your right, and if you choose to remain silent I would tell the jury they couldn't consider that or hold that against you in anyway when it came time for them to decide the case.

And finally by pleading here today, you're giving up the right to have the Michigan Court of Appeals, which is a higher court, automatically review your conviction and sentence. You can still ask them to hear your case, but it will be up to them to decide whether or not they want to hear it. Do you understand that these are all of the rights that you're giving up by pleading here today?

MR. POWELL: Yes, sir.

THE COURT: Mr. Powell, do you have any question about any of these rights as I've explained them to you?

MR. POWELL: No.

```
1      THE COURT: Has anybody forced you, threatened
2   you or pressured you in anyway in order to get you to
3   plead?
4      MR. POWELL: No.
5      THE COURT: Back on July the 21st of last 2007
6   were you in front of 6898 Rutland in the City of Detroit?
7      MR. POWELL: Yes.
8      THE COURT: Did you, in fact, come in contact
9   with an individual that you knew or later knew as an
10  individual by the name of Heyder Algonzouwie (sp)?
11     MR. POWELL: Yes.
12     THE COURT: And did you, in fact, shoot Mr.
13  Algonzouwie (sp)?
14     MR. POWELL: Yes, sir.
15     THE COURT: And as a result of your shooting
16  him you learned that Mr. Algonzouwie (sp) died; is that
17  correct?
18     MR. POWELL: Yes, sir.
19     THE COURT: How many times was he shot?
20     MR. POWELL: Once.
21     THE COURT: And you certainly didn't have any
22  legal basis to shoot him or kill him did you?
23     MR. POWELL: No, sir.
24     THE COURT: Am I correct that there were two
25  other individuals Ali Kager Algonzouwie (sp) and a Yash
```

```
 1    Kager Algonzouwie (sp) two other individuals that were
 2    there at that same location on that same date; is that
 3    true?
 4         MR. POWELL: Yes, sir.
 5         THE COURT: And did you point the gun that you
 6    shot Mr. Heyder Algonzouwie (sp), did you point that gun
 7    at those two individuals --
 8         MR. HAMPTON: Your Honor, can I have one second?
 9         THE COURT: Yeah, sure.
10         MR. HAMPTON: Your Honor, just for clarification
11    even at the preliminary exam it was not established that
12    the gun was actually pointed at these individuals, but
13    the gun was used to put them in apprehension which I
14    think still qualifies as a Felonious Assault.
15         THE COURT: All right.
16         MS. WALKER: I believe that's true.
17         THE COURT: All right. They certainly were
18    present and near by, and certainly had reason to believe
19    that they might also possibly be shot by you; is that
20    correct?
21         MR. POWELL: Yes, sir.
22         THE COURT: And you certainly didn't have any
23    legal right or justification in putting those other two
24    men in fear of their lives either; true?
25         MR. POWELL: Yes.
```

```
 1                THE COURT: Okay.
 2                And at the time that you committed these acts,
 3    Mr. Powell, would I be correct in understanding that you
 4    had previously be convicted with Possession With Intent
 5    To Deliver or Delivery Of Marijuana?
 6                MR. POWELL: Yes, sir.
 7                THE COURT: And is there a stipulation for
 8    purposes of this plea that as of July the 21st 2007, Mr.
 9    Powell's legal right to possess or carry a firearm had
10    not been restored under Michigan Law?
11                MS. WALKER: That is correct.
12                MR. HAMPTON: So stipulated, Your Honor.
13                THE COURT: Mr. Powell, the firearm that you
14    used to shot and kill Mr. Heyder Algonzouwie (sp) was,
15    in fact, a pistol; is that true as opposed to a rifle or
16    a shotgun?
17                MR. POWELL: Yes, sir.
18                THE COURT: Okay.
19                Both sides satisfied that there's a factual
20    basis and I've complied with the court rule?
21                MS. WALKER: People are satisfied.
22                MR. HAMPTON: Satisfied, Your Honor.
23                THE COURT: All right. I'll accept the plea at
24    this time; sentencing scheduled for?
25                THE CLERK: August 20th.
```

1   THE COURT: Does that work out for all sides?
2   MR. HAMPTON: Yes, Your Honor.
3   MR. WALKER: Yes.
4   MR. HAMPTON: Thank you, Your Honor.
5   THE COURT:  Okay, thank you.
6   (At 12:04 p.m., proceeding concluded)
7            *              *              *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF COURT REPORTER

COUNTY OF WAYNE)

STATE OF MICHIGAN)

I certify that this transcript, consisting of (12) pages, inclusive, is a complete, true, and correct transcript of the proceedings and testimony taken in the matter of **People vs James A. Powell, #08-6961, Plea, on Wednesday, July 30, 2008.**

10/27/08
Date

Athalia A. Cargile, CSMR 6836
Certified Court Reporter