UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES POWELL, 537041,

    Petitioner,

                                  CASE NO. 2:11-CV-12841

v.

                                  HON. AVERN COHN

SHERRY BURT,

                                  MAG. JUDGE CHARLES E. BINDER

    Respondent.

_____

**Notice of Filing Supplemental Rule 5 Materials**
**Supplemental Index of Record**
**Certificate of Service**

**Supplemental Notice**

TO:   537041 JAMES POWELL
        SAGINAW CORRECTIONAL FACILITY
        9625 PIERCE ROAD
        FREELAND  MI  48623

    PLEASE TAKE NOTICE that a copy of Supplemental Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Supplemental Index of Record.

                                              Respectfully submitted,

                                              BILL SCHUETTE
                                              Attorney General

                                              s/<u>Raina Korbakis</u>

                                              Assistant Attorney General
                                              Appellate Division
                                              P.O. Box 30217
                                              Lansing, MI  48913
                                              (517) 373-4875
                                              korbakisr@michigan.gov
Dated: January 2, 2015                 (P49467)

# Supplemental Index of Record
2:11-cv-12841

1.       05-15-2008 Transcript

2.       05-23-2008 Transcript

3.       Motion for Relief from Judgement

# Certificate of Service

I hereby certify that on January 2, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> HONORABLE AVERN COHN
> MAGISTRATE JUDGE CHARLES E. BINDER

and I hereby certify that Christy Wendling-Richards has mailed by United States Postal Service the papers to the following non-ECF participant:

537041 JAMES POWELL
SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND  MI  48623


BILL SCHUETTE
Attorney General

s/Raina Korbakis

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48913
(517) 373-4875
korbakisr@michigan.gov
(P49467)